## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:  Torrey L Loggins                     )     Chapter 13
                                             )     Case No. 15 B 35434
        Debtor(s)                            )     Judge A. Benjamin Goldgar

## Notice of Motion

Torrey L Loggins                                    Debtor Attorney: David M Siegel
926 N. Lavergne, Apt. 2                             via Clerk's ECF noticing procedures
Chicago, IL  60651

On March 01, 2016 at 11:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, February 4, 2016.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 10/19/2015.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

4. The debtor(s) have failed to amend the Statement of Financial Affairs to provide the correct answer and disclosures.

5. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee                    /s/ MARILYN O. MARSHALL
224 S Michigan Ave                                  MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312) 431-1300